Agency No. 05-105475

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

RECEIVED
FEB 14 2006
U.S. DISTRICT COURT
ANCHORAGE, ALASKA

STATE OF ALASKA,                    Plaintiff

vs.

Ralph Kermit Winterrowd II,
                                    Defendant

DLN: 5611280    DOB: 3/5/42
APSIN: 5611280  SSN: 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
ADDRESS: Mile 12.5 Knik Goose Bay Rd, Wasilla
ATN: 109384461 -001

MISDEMEANOR COMPLAINT
CASE NO. 3 PA 05-3624 CR

(X) DRIVING WHILE DRIVER'S LICENSE WAS CANCELLED, SUSPENDED, REVOKED
*AS. 28.15.291(a)(1)*

( ) DRIVING IN VIOLATION OF LIMITATIONS PLACED ON DRIVER'S LICENSE
*AS. 28.15.291(a)(2)*

IN THE TRIAL COURT
STATE OF ALASKA, THIRD DISTRICT
AT PALMER
DEC 30 2005
Clerk of the Trial Courts

VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSE Per AS 18.66.990 (3) and (5)        Yes ___   No X

THE COMPLAINANT STATES that on or about the 23rd day of Dec, 2005, at or near Palmer, in the Third Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of Driving While License Suspended/Revoked/Cancelled or in Violation of a Limitation, when he/she drove a motor vehicle on a highway or vehicular way or area at a time when his/her driver's license, privilege to drive, or privilege to obtain a license in this or another jurisdiction was:

( ) Cancelled,     (X) Suspended,     or ( ) Revoked
*AS 28.15.291(a)(1)*

( ) or, he/she drove in violation of a limitation placed upon his/her driver's license or privilege to drive in this or another jurisdiction.
*AS 28.15.291(a)(2)*

Approved for filing
12/21/[...]
District Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, _____ Sgt. Patrick L. Davis _____, attest to the following and state:
STOP: TIME: 1150  LOCATION: P/Lot behind Valley Hotel, Palmer
REASON FOR STOP: Obscured License Plate/Suspicion of DWLS    ID'D BY: Personal
VEHICLE: LIC# EFA931 STATE: AK YEAR: 1994 MAKE: Dodge  MODEL: VAN
DATES/REASONS LICENSE CANCELLED, SUSPENDED, REVOKED, LIMITED:
10/27/04 to 11/26/04 for point system, SR22 req. until 11/26/07 and not on file
LICENSE IN POSSESSION?: [ ] YES [x] NO  PREVIOUSLY ADVISED: [x] YES [ ] NO BY: APD Ofc. Nelson
DEFENDANT ACKNOWLEDGES LICENSE STATUS?: [x] YES [ ] NO  ADMIT DRIVING: [ ] YES [x] NO
OTHER INFORMATION/STATEMENTS: Made spontaneous admission to CSO Burkett while at jail.

All of which is a Class A Misdemeanor being contrary to and in violation of AS 28.15.291(a) and against the peace and dignity of the State of Alaska.

_____
Signature of Complainant

SUBSCRIBED AND SWORN TO before me this 28th day of December, 2005.

_____
Notary Public for Alaska

My Commission Expires: March 17, 2007

STATE OF ALASKA
NOTARY PUBLIC
Maria V. Cramer

SCANNED

Attachment 1

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT _Palmer_

STATE OF ALASKA ) 
Plaintiff, )
vs. )
"Ralph Kermit Winterrowd 2nd" )
Defendant. )

FILED STATE OF ALASKA
2006 JAN 20 AM 11:48
CLERK, TRIAL COURTS
BY_____ DEPUTY CLERK

CASE NO. 3PA-05-3624 CR

REQUEST AND ORDER FOR _Bail Reduction_

**REQUEST** (Type or print neatly)

CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, "Ralph Kermit Winterrowd 2nd", request that _all of the Bail money of $2,500.00 be returned and use own Recognizance._
Reason: _Bail is excessive, "Ralph Kermit Winterrowd 2nd" plans on obeying all "Laws of the United States". Bail is in excess of people accused of Murder._

_January 20, 2005_                        _"Ralph Kent Winterrowd 2nd"_
Date                                        Defendant's Signature

_c/o P.O. Box 877109_   _Wasilla_   _Alaska (99687)_   _357-8003+_
Defendant's Mailing Address   City   State ZIP   Daytime Phone
                                              _244-9100 cell._

**PROSECUTOR'S REPLY**    (☐ not necessary)

Prosecutor ☐ does ☐ does not oppose this request. Reason: _____

_____                _____
Date                                        Prosecutor's Signature

**ORDER**

☐ Hearing ordered. Date: _____ Time: _____ Courtroom: _____
☐ Request granted.  ☐ Request denied.

_____                _____
Date                                        Judge

I certify that on _____
a copy of this order was given or sent to:                Type or Print Judge's Name

Clerk: _____

CR-770 (3/00)(st.3)                        Crim. R. 44(f) & Adm. Bull. 53
REQUEST AND ORDER                        AS 12.61.110, AS 12.61.130

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
NOTICE OF NEXT COURT APPEARANCE AND HEARING RECORD

DEFENDANT Ralph Winterrowd II                DOB 3-5-42
CASE # 3PA- 05-3624CR          CHARGE DWLS
CASE #_____          CHARGE_____
CASE #_____          CHARGE_____
CASE #_____          CHARGE_____

Rights By:  ☐ Video  ☐ Court  ☐ Pretrial Order
Tape 3PA-06-2   Log # 95459   Date 1-3-06   Time 8:30 am/pm
Judge/Magistrate Zwink         Clerk SH
Defendant ☑ Present  ☐ Not Present  ☐ In Custody  ☑ Not in Custody
DA: Perry                      Defense Counsel:

NEXT SCHEDULED HEARING:
          Date and Time                                    Date and Time
☐ Representation _____   ☑ PTCF Preliminary Hearing  Feb 13  8:30
☐ Bail Review _____      ☑ Trial Call               March 3  10:30
☐ Change of Plea _____   ☐ Status Hearing
Trial Assigned to Judge/Magistrate Heath      Rule 45 Expires:_____
FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.

PETITION TO REVOKE:  ☐ Admit  ☐ Deny
PLEA: ☐ Guilty  ☐ Not Guilty  ☐ No Contest   BAIL $_____   Bail Exon._____
FINE:_____           Fine Due:_____
JAIL:_____           Report To Serve:_____
LICENSE ACTION: Revoked
ALCOHOL SCREENING: Report to_____ ASAP by:_____ Comply w/ recommendations.
CONDITIONS OF BAIL RELEASE OR SENTENCE: No criminal violations_____

Ct notes - Special + restricted appearance

PUBLIC DEFENDER: ☐ Requested  ☐ Appointed  ☐ Denied  ☐ Payment Ordered $_____
Defendant Sworn Re: Court Appointed Counsel  ☐ Log #_____
Defendant Mailing Address_____                    Occupation:_____
Defendant Phone No._____  Contact Public Defender/OPA at_____  By_____

Def - I don't understand the rights on the film - they are not constitutionally secured
Q's as to what capacity the Ct is here for
Ct expls penalties -
Ct notes Special
CR-150 PALMER (4/97)(st.4)
NOTICE OF NEXT COURT APPEARANCE AND HEARING OF RECORD
Def reqs bail be exonerated

# RELEASE

Booking Number: 392841

To: **WINTERROWD, RALPH** _Defendant._   ☒ Defendant has been fingerprinted.

☒ You are released on bail in the amount of $ **2500.00**.
☐ You are released on your own recognizance (per Magistrate/Judge _____ ).
You must appear in court for arraignment at:
   Date and Time: **1-3-06  8:30 AM**   Location: **PALMER**
If you fail to appear, your bail will be forfeited and a bench warrant will be issued for your arrest.
Your release is also subject to the condition(s) checked below, as ordered by ~~Magistrate/~~Judge **WOLFE**

☐ You must receive written permission from the Court prior to leaving _____
☐ You must obey all federal and state laws and city ordinances.
☐ You must not associate with or contact, directly or indirectly, the following persons: _____

☐ You must not consume any intoxicating beverage or enter any business where intoxicating beverages are sold or consumed.

☒ **OBEY ALL CONDITIONS SET BY COURT. NO DRIVING**

**12-23-05**      **1340**      _[signature]_
Date            Time             Officer

I promise to appear in court at the time and place shown above and to obey any conditions of release set forth above.

                              _Under Threat, Duress & Coercion_
                              Defendant's Signature

Please Print:
   Defendant's Mailing Address: **c/o P.O. Box 877109, Wasilla, Alaska (99687)**
   Defendant's Residence Address: **Knik-Goose By Rd, Wasilla AK 99687**
   Home Telephone No. **357-8003**   Work Telephone No. _____
   Employer: _____

•••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

OFFENSE CHARGED: **DWLR  109384461**
                              Date of Offense: **12-22-05**

BAIL SET:                     BAIL POSTED:
☐ On arrest warrant from _____   Amount $ **2500.00**
                    City       Jail Receipt # **3476**
   Case #/Ticket # _____      Date Issued **12-23-05**
☐ On bail schedule             Person Posting Bail:
☒ By Judge/~~Magistrate~~ **WOLFE**   **SELF**
                                   Name (please print)

Distribution of copies:            Mailing Address
1. Original to court with cash and original bond form.
2. Copy to defendant.
3. Copy for jail.              Phone: _____

(margin: CC/DA 12-27-05)

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __PALMER__

| | |
|---|---|
| ☒ STATE OF ALASKA <br> ( ) <br>   <br>                         Plaintiff, <br> vs. <br>   <br> __WINTERROWD, RALPH__ Defendant. <br> DOB: __3-5-42__ | CASE NO. __109 384 461__ CR <br>   <br> CASH BOND |

Offense(s) Charged: __DWLR__

I acknowledge that I owe the State of Alaska the following amounts:

**Appearance Bond** in the amount of $_____. The condition of this bond is that I will appear for all court hearings, including sentencing and post-conviction hearings.
Amount posted:   ☐ 10% of the Bond Amount   ☐ 100% of the Bond Amount

**Performance Bond** in the amount of $__2500.00__. The condition of this bond is that I comply with the conditions of release set by the court.
Amount posted: 100% of the Bond Amount

I understand that:
1. The bonds continue until the court orders them exonerated (canceled).
2. If I deposit any cash with the court on the bonds, the court may use the cash to satisfy any fine or restitution imposed on me.
3. If I comply with the above conditions, the bonds will be canceled.
4. If I fail to comply with the above conditions, the court will, without a hearing, enter a judgment against me for the amount of the bonds, plus costs and interest. All cash posted will be used to pay this judgment. If additional money is due, the court may order that my personal property be seized to satisfy any amount still due.

I submit myself to the jurisdiction of the court and irrevocably appoint the clerk of court as my agent upon whom papers affecting my liability may be served. Civil Rule 80(f).

__12-23-05__                                __Under Threat Duress & coercion__
Date                                         Defendant's Signature
__% P.O. Box 877109__                __Wasilla__  __Alaska__  __(99687)__
Mailing Address                         City          State       ZIP
__357-9073__
Home Phone          Work Phone          Place of Employment

ACKNOWLEDGMENT

On __DEC 23__, 20__05__, the defendant named above personally appeared before me in __Palmer__, Alaska and acknowledged that the bond was signed freely and voluntarily for the purposes stated therein.

(SEAL)                                   ~~Clerk of Court,~~ Notary Public ~~or other~~
                                         person ~~authorized to admin~~ister oaths.
                                         My commission expires: _____

Page 1 of 2
CR-230 (11/00) (st.4)                              AS 12.30.010 – .080
CASH BOND                                          Civil R. 80, Crim. R. 41

Defendant's Name  WINTERROWD, RALPH         Case No. 109 384 461  CR

## CASH DEPOSIT AGREEMENT

I am depositing $ 2500.00 _____ cash as security for the bonds. I understand that:

1. The bonds continue until the court orders them exonerated (canceled).

2. If the defendant fails to comply with the conditions of the bonds, the bonds will be forfeited to the State. The only notice I will be given of forfeiture of this cash deposit will be mailed to me at the address I provide below.

3. If the defendant complies with the conditions of the bonds, the bonds will be canceled and this cash deposit will be returned to me. However, if I am the defendant, the court may order that the deposit be used to pay any fine, surcharge or restitution ordered.

*Complete the following if owner of cash is **not** the defendant:*

The cash I have deposited  ☐ may be used   ☐ may not be used
by the court to pay any fine, surcharge, or restitution imposed on the defendant.

I submit myself to the jurisdiction of the court and irrevocably appoint the clerk of court as my agent upon whom papers affecting my liability may be served. [Civil Rule 80(f).] The clerk will attempt to notify me, but it is my responsibility to keep the clerk notified of my current address.

_____   _____
Signature of Owner of Cash                Type or Print Name

_____
Mailing Address           City      State    ZIP        Daytime Phone

### ACKNOWLEDGMENT

On ___DEC 23___, 20_05_, the above-named owner of the cash personally appeared before me in ___PALMER___, Alaska and acknowledged that he/she signed the above agreement freely and voluntarily for the purposes stated therein.

(SEAL)                          _____
                                Clerk of Court, Notary Public or other
                                person authorized to administer oaths.
                                My commission expires: _____

---

**IRS Requirement**: The clerk or jail officer accepting bail must complete form CR-231 if the amount posted is more than $10,000 in cash *and* the defendant is charged with one of the offenses listed on that form. Cash means any combination of cash, cashier's checks, bank drafts, traveler's checks or money orders. The Court System is required to submit this information to the Internal Revenue Service.

Form CR-231 is required in this case:  ☐ Yes    ☐ No

Clerk/Jail Officer: _____

---

Distribution:
1. Original to court
2. Defendant
3. Person depositing money
4. Jail, if defendant is in custody

FOR COURT USE ONLY:
Court Receipt # 3476
Amount $ 2500.00
Date Receipted 12-23-05
Receipted By _____

Page 2 of 2
CR-230 (2/05) (st.4)
CASH BOND

AS 12.30.010-.080
Civil R. 80, Crim. R. 41