**RECEIVED**

FEB 1 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

A.L.A.S.K.A

2005-022833-0
Recording Dist: 311 - Palmer
8/23/2005 8:36 AM Pages: 1 of 2

Palmer Recording District

Return to:
Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Knik
Alaska territory
The United States of America [99687].

> **THIS COVER SHEET HAS BEEN ADDED TO THIS DOCUMENT TO PROVIDE SPACE FOR RECORDING DATA. THIS COVER SHEET APPEARS AS THE FIRST PAGE OF THE DOCUMENT IN THE OFFICIAL PUBLIC RECORD.**

**DO NOT DETACH**

SCANNED

Attachment 2

**Nay'dini'aa Na (Chickaloon Village)**
**TRIBAL COURT**
**C/o Box 1105**
**Chickaloon, Alaska territory [99674]**

Ralph Kermit Winterrowd 2nd )
Plaintiff(s) )
)
v. ) Case No. 2005-08-01
)
Officer Phil Krauss; Officer Pete Steen, )
All Law Enforcement Officers and )
Law Enforcement Agencies, )
State of Alaska, )
Defendants )

### EMERGENCY ORDER

1. The Nay'dini'aa Na (Chickaloon Village) Tribal Court finds that the Chickaloon Village (Nay'dini'aa Na) is a valid Alaska driver license; and,

2. That the State of Alaska and all law enforcement agencies are hereby Noticed and enjoined by the ORDER of this Court to cease and desist arresting or harassing Ralph Kermit Winterrowd 2nd concerning the issue of a valid Alaska Driver License while in possession of a valid Chickaloon Village (Nay'dini'aa Na) Driver License; and,

3. That the Chickaloon Village (Nay'dini'aa Na) driver license issued to Ralph Kermit Winterrowd 2nd is the property of the Chickaloon (Nay'dini'aa Na) Tribe and that said driver license be immediately returned to Ralph Kermit Winterrowd 2nd.

Dated this 10th day of August, 2005.



Jesse Lanman, Tribal Court Judge

This is a true and correct copy of
Nay'dini'aa Na (Chickaloon Village)
Tribal Court Emergency Order.

_____  8/22/05
Tribal Court Clerk          Date