Agency No. 05-105475

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

RECEIVED FEB 1 4 2006
U.S. DISTRICT COURT
ANCHORAGE, ALASKA

STATE OF ALASKA, Plaintiff

vs.

Ralph Kermit Winterrowd II, Defendant

DLN: 5611280   DOB: 3/5/42
APSIN: 5611280   SSN: 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
ADDRESS: Mile 12.5 Knik Goose Bay Rd, Wasilla
ATN: 109384461-001

MISDEMEANOR COMPLAINT
CASE NO. 3 PA 05-3624 CR

(X) DRIVING WHILE DRIVER'S LICENSE WAS CANCELLED, SUSPENDED, REVOKED
*AS. 28.15.291(a)(1)*

( ) DRIVING IN VIOLATION OF LIMITATIONS PLACED ON DRIVER'S LICENSE
*AS. 28.15.291(a)(2)*

IN THE TRIAL COURT
STATE OF ALASKA, THIRD DISTRICT
AT PALMER

DEC 30 2005
Clerk of the Trial Court

VRA CERTIFICATION

I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any offense unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

DOMESTIC VIOLENCE OFFENSE Per AS 18.66.990 (3) and (5)   Yes ___   No X

THE COMPLAINANT STATES that on or about the 23rd day of Dec, 2005, at or near Palmer, in the Third Judicial District, State of Alaska, the above-named Defendant did unlawfully commit the offense of Driving While License Suspended/Revoked/Cancelled or in Violation of a Limitation, when he/she drove a motor vehicle on a highway or vehicular way or area at a time when his/her driver's license, privilege to drive, or privilege to obtain a license in this or another jurisdiction was:

( ) Cancelled,   (X) Suspended,   or ( ) Revoked
*AS 28.15.291(a)(1)*

( )   or, he/she drove in violation of a limitation placed upon his/her driver's license or privilege to drive in this or another jurisdiction.
*AS 28.15.291(a)(2)*

Approved for filing 12/21/0_
District Attorney

AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Sgt. Patrick L. Davis, attest to the following and state:

STOP: TIME: 1150   LOCATION: P/Lot behind Valley Hotel, Palmer
REASON FOR STOP: Obscured License Plate/Suspicion of DWLS   ID'D BY: Personal
VEHICLE: LIC# EFA931   STATE: AK   YEAR: 1994   MAKE: Dodge   MODEL: VAN
DATES/REASONS LICENSE CANCELLED, SUSPENDED, REVOKED, LIMITED:
10/27/04 to 11/26/04 for point system, SR22 req. until 11/26/07 and not on file
LICENSE IN POSSESSION?: [ ] YES [x] NO   PREVIOUSLY ADVISED: [x] YES [ ] NO   BY: APD Ofc. Nelson
DEFENDANT ACKNOWLEDGES LICENSE STATUS?: [x] YES [ ] NO   ADMIT DRIVING: [ ] YES [x] NO
OTHER INFORMATION/STATEMENTS: Made spontaneous admission to CSO Burkett while at jail.

All of which is a Class A Misdemeanor being contrary to and in violation of AS 28.15.291(a) and against the peace and dignity of the State of Alaska.

_____
Signature of Complainant

SUBSCRIBED AND SWORN TO before me this 28th day of December, 2005.

Maria V. Cramer
Notary Public for Alaska

My Commission Expires: March 17, 2007

STATE OF ALASKA
NOTARY PUBLIC
Maria V. Cramer

SCANNED

Attachment 1

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT Palmer

STATE OF ALASKA, Plaintiff,

vs.

"Ralph Kermit Winterrowd 2nd", Defendant.

CASE NO. 3PA-05-3624 CR

REQUEST AND ORDER FOR Bail Reduction

FILED STATE OF ALASKA
2006 JAN 20 AM 11:48
CLERK, TRIAL COURTS
BY _____ DEPUTY CLERK

**REQUEST** (Type or print neatly)

CERTIFICATION. I certify that this document and its attachments do not contain (1) the name of a victim of a sexual offense listed in AS 12.61.140 or (2) a residence or business address or telephone number of a victim of or witness to any crime unless it is an address used to identify the place of the crime or it is an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

I, "Ralph Kermit Winterrowd 2nd", request that all of the Bail money of $2,500.00 be returned and use own Recognizance.

Reason: Bail is excessive, "Ralph Kermit Winterrowd 2nd" plans on obeying all "Laws of the United States". Bail is in excess of people accused of murder.

January 20, 2005
Date

"Ralph Kent Winterrow 2nd"
Defendant's Signature

c/o P.O. Box 877109   Wasilla   Alaska [99687]   357-8003 +
Defendant's Mailing Address   City   State ZIP   Daytime Phone
244-9100 cell.

**PROSECUTOR'S REPLY**   (☐ not necessary)

Prosecutor ☐ does ☐ does not oppose this request. Reason: _____

_____ Date          _____ Prosecutor's Signature

**ORDER**

☐ Hearing ordered. Date: _____ Time: _____ Courtroom: _____
☐ Request granted.   ☐ Request denied.

_____ Date          _____ Judge
                      Type or Print Judge's Name

I certify that on _____
a copy of this order was given or sent to:

Clerk: _____

CR-770 (3/00)(st.3)
REQUEST AND ORDER

Crim. R. 44(f) & Adm. Bull. 53
AS 12.61.110, AS 12.61.130

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT PALMER
NOTICE OF NEXT COURT APPEARANCE AND HEARING RECORD

DEFENDANT **Ralph Winterrowd II**  DOB **3-5-42**
CASE # 3PA- **05-3624CR**  CHARGE **DWLS**
CASE # _____  CHARGE _____
CASE # _____  CHARGE _____
CASE # _____  CHARGE _____

Rights By: ☐ Video   ☐ Court   ☐ Pretrial Order
Tape 3PA- **06-2**  Log # **95459**  Date **1-3-06**  Time **8:30** (am)/pm
Judge/Magistrate **Zwink**  Clerk **SR**
Defendant ☑ Present  ☐ Not Present  ☐ In Custody  ☑ Not in Custody
DA: **Perry**  Defense Counsel: _____

NEXT SCHEDULED HEARING:
            Date and Time                                          Date and Time
☐ Representation _____          ☑ PTCF Preliminary Hearing  **Feb 13  8:30**
☐ Bail Review _____             ☑ Trial Call                 **March 3  10:30**
☐ Change of Plea _____          ☐ Status Hearing _____
Trial Assigned to Judge/Magistrate **Heath**   Rule 45 Expires: _____
FAILURE TO APPEAR MAY RESULT IN A WARRANT FOR YOUR ARREST.

PETITION TO REVOKE: ☐ Admit  ☐ Deny
PLEA: ☐ Guilty  ☐ Not Guilty  ☐ No Contest   BAIL $_____   Bail Exon. _____
FINE: _____                          Fine Due: _____
JAIL: _____                          Report To Serve: _____
LICENSE ACTION: Revoked
ALCOHOL SCREENING: Report to _____ ASAP by: _____ Comply w/ recommendations.
CONDITIONS OF BAIL RELEASE OR SENTENCE: No criminal violations _____

_Ct notes - Special & restricted appearance_

PUBLIC DEFENDER: ☐ Requested  ☐ Appointed  ☐ Denied  ☐ Payment Ordered $_____
Defendant Sworn Re: Court Appointed Counsel  ☐ Log # _____
Defendant Mailing Address _____                        Occupation: _____
Defendant Phone No. _____  Contact Public Defender/OPA at _____ By _____

_Def - I don't understand the rights on the film - they are not constitutionally secured. Q's as to what capacity the Ct is here for_
_Ct expls penalties -_
_Ct notes Special_

CR-150 PALMER (4/97)(st.4)
NOTICE OF NEXT COURT APPEARANCE AND HEARING OF RECORD

_Def reqs. bail be exonerated_

## RELEASE

Booking Number: 392841

To: **WINTERROWD, RALPH** Defendant.   ☒ Defendant has been fingerprinted.

☒ You are released on bail in the amount of $ 2500.00 .
☐ You are released on your own recognizance (per Magistrate/Judge _____ ).

You must appear in court for arraignment at:
  Date and Time: **1-3-06   8:30 AM**   Location: **PALMER**

If you fail to appear, your bail will be forfeited and a bench warrant will be issued for your arrest.
Your release is also subject to the condition(s) checked below, as ordered by ~~Magistrate/~~Judge **WOLFE**

☐ You must receive written permission from the Court prior to leaving _____
☐ You must obey all federal and state laws and city ordinances.
☐ You must not associate with or contact, directly or indirectly, the following persons: _____

☐ You must not consume any intoxicating beverage or enter any business where intoxicating beverages are sold or consumed.

☒ **OBEY ALL CONDITIONS SET BY COURT. NO DRIVING**

**12-23-05**     **1340**     [signature]
Date          Time          Officer

I promise to appear in court at the time and place shown above and to obey any conditions of release set forth above.

                  **Under Threat, Duress & Coercion**
                  Defendant's Signature

Please Print:
  Defendant's Mailing Address: **c/o P.O. Box 877109, Wasilla, Alaska (99687)**
  Defendant's Residence Address: **Knik-Goose By Rd, Wasilla AK 99687**
  Home Telephone No. **357-8003**   Work Telephone No. _____
  Employer: _____

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

OFFENSE CHARGED: **DWLR 109384461**

Date of Offense: **12-22-05**

BAIL SET:                           BAIL POSTED:
☐ On arrest warrant from _____   Amount $ **2500.00**
         City                        Jail Receipt # **3476**
  Case #/Ticket # _____          Date Issued **12-23-05**
☐ On bail schedule                  Person Posting Bail:
☒ By Judge/~~Magistrate~~ **WOLFE**      **SELF**
                                    Name (please print)

Distribution of copies:             Mailing Address
1. Original to court with cash and original bond form.
2. Copy to defendant.
3. Copy for jail.                   Phone: _____

IN THE ~~DISTRICT~~/SUPERIOR COURT FOR THE STATE OF ALASKA
AT __PALMER__

| | |
|---|---|
| ☒ STATE OF ALASKA<br>( )<br><br>                              Plaintiff,<br><br>vs.<br><br>__WINTERROWD, RALPH__<br>                              Defendant.<br><br>DOB: __3-5-42__ | CASE NO. __109 384 461__   CR<br><br>CASH BOND |

Offense(s) Charged: __DWLR__

I acknowledge that I owe the State of Alaska the following amounts:

---
**Appearance Bond** in the amount of $ _____. The condition of this bond is that I will appear for all court hearings, including sentencing and post-conviction hearings.
Amount posted:   ☐ 10% of the Bond Amount     ☐ 100% of the Bond Amount

**Performance Bond** in the amount of $ __2500.⁰⁰__. The condition of this bond is that I comply with the conditions of release set by the court.
Amount posted: 100% of the Bond Amount

---

I understand that:
1. The bonds continue until the court orders them exonerated (canceled).
2. If I deposit any cash with the court on the bonds, the court may use the cash to satisfy any fine or restitution imposed on me.
3. If I comply with the above conditions, the bonds will be canceled.
4. If I fail to comply with the above conditions, the court will, without a hearing, enter a judgment against me for the amount of the bonds, plus costs and interest. All cash posted will be used to pay this judgment. If additional money is due, the court may order that my personal property be seized to satisfy any amount still due.

I submit myself to the jurisdiction of the court and irrevocably appoint the clerk of court as my agent upon whom papers affecting my liability may be served. Civil Rule 80(f).

__12-23-05__
Date

Defendant's Signature: __Under Threat, Duress & coercion__

Mailing Address: __% P.O. Box 877109__
City: __Wasilla__   State: __Alaska__   ZIP: __(99687)__

Home Phone: __357-9073__     Work Phone: _____     Place of Employment: _____

ACKNOWLEDGMENT

On __DEC 23__, 20__05__, the defendant named above personally appeared before me in __Palmer__, Alaska and acknowledged that the bond was signed freely and voluntarily for the purposes stated therein.

(SEAL)

~~Clerk of Court, Notary Public or other~~ person ~~authorized to admin~~ister oaths.
My commission expires: _____

Page 1 of 2
CR-230 (11/00) (st.4)
CASH BOND

AS 12.30.010 – .080
Civil R. 80, Crim. R. 41

Defendant's Name _WINTERROWD, RALPH_____   Case No. _109 384 461_ CR

## CASH DEPOSIT AGREEMENT

I am depositing $ _2500.00_____ cash as security for the bonds. I understand that:

1. The bonds continue until the court orders them exonerated (canceled).

2. If the defendant fails to comply with the conditions of the bonds, the bonds will be forfeited to the State. The only notice I will be given of forfeiture of this cash deposit will be mailed to me at the address I provide below.

3. If the defendant complies with the conditions of the bonds, the bonds will be canceled and this cash deposit will be returned to me. However, if I am the defendant, the court may order that the deposit be used to pay any fine, surcharge or restitution ordered.

*Complete the following if owner of cash is **not** the defendant:*

The cash I have deposited   ☐ may be used   ☐ may not be used
by the court to pay any fine, surcharge, or restitution imposed on the defendant.

I submit myself to the jurisdiction of the court and irrevocably appoint the clerk of court as my agent upon whom papers affecting my liability may be served. [Civil Rule 80(f).] The clerk will attempt to notify me, but it is my responsibility to keep the clerk notified of my current address.

_____        _____
Signature of Owner of Cash                         Type or Print Name

_____
Mailing Address            City        State    ZIP        Daytime Phone

## ACKNOWLEDGMENT

On ___DEC 23_____, 20_05_, the above-named owner of the cash personally appeared before me in ____PALMER_____, Alaska and acknowledged that he/she signed the above agreement freely and voluntarily for the purposes stated therein.

(SEAL)

Clerk of Court, Notary Public or other person authorized to administer oaths.
My commission expires: _____

---

IRS Requirement: The clerk or jail officer accepting bail must complete form CR-231 if the amount posted is more than $10,000 in cash **and** the defendant is charged with one of the offenses listed on that form. Cash means any combination of cash, cashier's checks, bank drafts, traveler's checks or money orders. The Court System is required to submit this information to the Internal Revenue Service.

Form CR-231 is required in this case:   ☐ Yes   ☐ No

Clerk/Jail Officer: _____

---

Distribution:
1. Original to court
2. Defendant
3. Person depositing money
4. Jail, if defendant is in custody

FOR COURT USE ONLY:
Court Receipt # _3476_
Amount $ _2500.00_
Date Receipted _12-23-05_
Receipted By _____

Page 2 of 2
CR-230 (2/05) (st.4)
CASH BOND

AS 12.30.010-.080
Civil R. 80, Crim. R. 41