_____
Name

_____

_____
Address

Telephone

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

_____,

        Plaintiff,

vs.

_____

_____,

        Defendant(s).

Case No. _____

RESPONSE TO
<u>ORDER TO SHOW CAUSE</u>

    I, _____, proceeding without counsel, respond to the Court's Order to Show Cause as follows: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I have attached true and correct copies of the following documents to this response:

_____

_____

I, _____, declare under penalty of perjury, that I have reviewed the above response, and that the information contained in this response is true and correct.

DATED _____, at _____.
                                                                                              (Location)

_____
Signature

I hereby certify that a copy of the above response was filed with the United States District Court for the District of Alaska, at 222 W. 7th Avenue, # 4, Anchorage, Alaska 99513, and was served on _____ at
                                              (Opposing party/counsel)
_____ on _____.
        (Address)                                      (Date)

_____
Signature