IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA,<br><br>               Plaintiff,<br><br>  vs.<br><br>RALPH KERMIT WINTERROWD 2nd,<br><br>               Defendants. | Case No. 3:06-cv-35 TMB<br><br>O R D E R |

      On February 28, 2006, this Court issued an Order Regarding Removal of this matter, noting that this Court does not appear to have jurisdiction over Mr. Winterrowd's state court criminal proceeding. Docket 6. Mr. Winterrowd was instructed to show cause on or before March 27, 2006, why this action should not be summarily remanded to the District Court for the State of Alaska for the reasons explained. Docket 6.

      Defendant has not filed any pleading in response to the Order. However, he has filed a "Motion to Delay Show Cause" in a companion case - Case No. 3:06-cv-34 TMB - which did not have an outstanding Order to Show Cause.

      Giving Defendant the benefit of the doubt, it appears he may have confused his two pending cases before this Court. Accordingly, it is hereby ordered that Defendant shall show cause, on or before **Monday, April 17, 2006**, why this action should not be summarily remanded to the District Court for the State of Alaska, for the Third Judicial District at Palmer, for the reasons explained in the Order at Docket 6. If Mr. Winterrowd fails to timely respond and show sufficient cause, an order of remand will be entered without further notice, and the Clerk will close the file.

      Dated at Anchorage, Alaska, this 4th day of April, 2006.

                                                                /s/ Timothy Burgess<br>
                                                                Timothy M. Burgess<br>
                                                                United States District Judge