Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska [99687]
357-8003 H, 357-8007 Fax

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## The United States of America
## The United States
## District Court of the United States
## District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

v.

**Chickaloon Village, and;**

STATE OF ALASKA
*Defendants*

### Motion to Reconsideration of Remand

Case 3-06-CV-00035

Comes now, Ralph Kermit Winterrowd 2nd ("Winterrowd") without Assistance of Counsel with this Motion for Reconsideration of Remand.

Winterrowd has a federally secured right to have a judge that has complied with Article VI of the Constitution of the United States and with the very first Law of the United States to have sworn and subscribed to an Oath of Office as a public Officer (judicial Officer) to the "Constitution of the United States", being 1 Stat 23. Arising under Article VI, being the supremacy Clause, is the unambiguous language mandatory upon the *Judges of every State*, to wit:

> This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, **shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby,** any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. *[Emphasis added]*

As Article VI clearly articulates that the Judges in every State shall be bound thereby, and then this is evidenced in the very first Law of the United States, being 1 Stat 23 approved on

June 1, 1789 and evidenced by **Attachment 1**. And further the Court shall take mandatory judicial Notice of the 1 Stat 23, which has never been amended or repealed.

Within the first Law of the United States in 1 Stat 23 (Statute I) is the unambiguous language, to wit:

> SEC. 1. *Be it enacted by the Senate and [House of] Representatives of the United States of American in Congress assembled,* **That the oath or affirmation required by the sixth article of the Constitution of the United States, shall be administered in the form following, to wit: "I, A.B. do solemnly swear or affirm(as the case may be) that I will support the Constitution of the United States."**
>
> * * *
>
> Sec. 3. *And be it further enacted,* That the members of the several State legislatures, at the next sessions of the said legislatures, respectively, and all executive and judicial officers of the several States, who have been heretofore chosen or appointed, or who shall be chosen or appointed before the first day of August next, and who shall then be in office, shall, within one month thereafter, take the same oath or affirmation, except where they shall have taken it before; which may be administered by any person authorized by the law of the State, in which such office shall be holden, to administer oaths. And the members of the several State legislatures, and **all executive and judicial officers of the several States,** who shall be chosen or appointed after the said first day of August, shall, **before they proceed to execute the duties of their respective offices, take the foregoing oath or affirmation,** which shall be administered by the person or persons, who by the law of the State shall be authorized to administer the oath of office; and the person or persons so administering the oath hereby required to be taken, **shall cause a record or certificate thereof to be made,** in the same manner, as, by the law of the State, he or they shall be directed to **record or certify the oath of the office.** *[Emphasis added]*

As this is a constitutionally secured right of Winterrowd's and all the people of the United States, i.e. of the several States that have the correct citizenship and chose to enforce it and have the protections thereof,

Judge Gregory Heath ("Heath") of the State of Alaska and has been assigned to Winterrowd's Case, purports to be judicial Officer of one of the several States but has no Oath of Office as a judicial Officer, i.e. public Officer of any of the several States to the "Constitution of the United States" as evidenced by **Attachment 2**, being "Heath's Oath of Office", arising under Article VI, 1 Stat 23, and the Constitution of the State of Alaska Article XII section 5, to wit:

> SECTION 5. OATH OF OFFICE. **All public officers,** before entering upon the duties of their offices, shall take and subscribe to the following oath or affirmation: "I do solemnly swear (or affirm) that I will support and defend the **Constitution of the United States** and the Constitution of the State of Alaska, and that I will faithfully discharge my duties as . . . . . . . . to the best of my ability." *The legislature may prescribe further oaths or affirmations. [Emphasis added]*

The "Constitution of the United States of America" is not the same and does equate to the "Constitution of the United States" in Heath's Oath of Office (sic), not to mention the other errors in Heath's Oath of Office.

"THE UNITED STATES OF AMERICA" was created in the Articles of Confederation is the above the United States to which the executive Power is posited in the "President of the United States of America" arising under Article II Section 1. But the president to enter into his Office must take and subscribe to the oath arising under Article II Section 1 Clause 8 to the "Constitution of the United States", to wit:

> Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:--
> ``I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the **Constitution of the United States."** *[Emphasis added]*

Winterrowd with his lawful and legal citizenship is being discriminated against as there is no Rule of Law, no Trial by Jury of his Peers, and no Due Process of Law by the unlawful actions of Heath who is not a judicial Officer of one of the several States and as Winterrowd has a secured right to have Due Process of Law and a Trial by Jury of his peers with a *de jure* Judge of one of the several States that has a Oath of Office as judicial Officer of one of the several States arising under Article VI of the Constitution of the United States and 1 Stat 23 to the "Constitution of the United States" according to the course of the common law.

Winterrowd is an "American citizen" having the right of Election and this was firmly established that said status attached for those who were *post natus* of the Declaration of Independence of July 4, 1776. See *Inglis v. The Trustees of the Sailor's Snug Harbour of the city of New York*, 28 U.S. 99, 9, 16-18, 25, 40, **42-43** (1830). It is not, nor can it be disputed that Winterrowd is not a Natural born citizen and an American citizen, as both of his parents were not aliens, and both parents who are now deceased, were Natural born citizens and American citizens.

Winterrowd is a "citizen of the United States of America" and this status attaches to any man or woman that is Naturalized and is the *only Power* granted to Congress concerning any type of citizenship arising under the "Constitution of the United States" and this is evidenced today as codified in 8 U.S.C. § 1449 "was entitled to be admitted a citizen of the United States of America, thereupon ordered that the applicant to be admitted as a citizen of the United States of America;", being **Attachment 3**. The status of being an American citizen and a "citizen of the United States of America" is also evidenced by 1 Stat 477, being **Attachment 4**.

As secured in the Sixth Amendment is the right to enjoy the right of an impartial **jury of the State**, i.e. being a "citizen of Alaska" and not a citizen of the United States, to wit:

> In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, **by an impartial jury of the State** and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defence. *[Emphasis added]*

All of the members of the jury are "citizens of the United States" and "residents of Alaska" and not "citizens of Alaska" and this is evidenced by ©AS 09.20.010, being **Attachment 5**. This is exactly the same status as in the Territory of Alaska as found in *Anderson v. Scholes*, 83 F.Supp 681, 687 (DC Territory of Alaska 1949). Purported Indian and Alaska Natives are also "citizens of the United States" and residents therein. See 8 U.S.C. § 1401 & 1404 with a constitution, i.e. Bill of Rights enacted by Congress in 25 U.S.C. § 1302. Pray tell how can Winterrowd be a "citizen of the United States" one of the several States with inalienable rights secured in the Constitution of the United States and a Constitution of any of the several States be on an equal footing with an Indian or Alaska Native that is under the plenary power of Congress. See *Santa Clara Pueblo v. Martinez*, 436 U.S. 49, 57 (1978).

In the adjudged decision of the *United States v. Cruikshank*, 92 U.S. 542, 554 (1875) the fourteenth amendment secures "the individual from the arbitrary exercise of the powers of government, unrestrained by the established principles of private rights and distributive justice." As Winterrowd owes allegiance to two sovereignties, being the United States and any of the several States, Winterrowd can claim the protections of both within its own jurisdiction, *id* at 550, 551. And further, the United States has no voters of it's own, *id* at 555.

The duty is for citizens of the several States and still remains there for Winterrowd's unalienable rights as held in the adjudged decision of *Cruikshank, id* at 553, 554 and 555, to wit:

> The rights of life and personal liberty are natural rights of man. 'To secure these rights,' says the Declaration of Independence, 'governments are instituted among men, deriving their just powers from the consent of the governed.' **The very highest duty of the States, when they entered into the Union under the Constitution, was to protect all persons within their boundaries in the**

enjoyment of these 'unalienable rights with which they were endowed by their Creator.' Sovereignty, for this purpose, rests alone with the States. It is no more the duty or within the power of the United States to punish for a conspiracy *554 to falsely imprison or murder within a State, than it would be to punish for false imprisonment or murder itself.

\* \* \*

The fourteenth amendment prohibits a State from denying to any person within its jurisdiction the equal protection of the laws; **but this provision does not, any more than the one which precedes it, and which we have just considered, add any thing *555 to the rights which one citizen has under the Constitution against another. The equality of the rights of citizens is a principle of republicanism.** Every republican government is in duty bound to protect all its citizens in the enjoyment of this principle, if within its power. **That duty was originally assumed by the States; and it still remains there. The only obligation resting upon the United States is to see that the States do not deny the right. This the amendment guarantees, but no more. The power of the national government is limited to the enforcement of this guaranty.** *[Emphasis added]*

Winterrowd had never been allowed to sit on jury or grand jury because of his citizen status. Winterrowd can not vote and been denied it because of his citizen status. The citizen status of Winterrowd is not imaginary, but is documented in the Law and with evidence in the 5 pages allowed for this Motion for Reconsideration. Winterrowd has been denied federal rights in the state Constitution secured in the Constitution or Laws of the United States, i.e. See *Sunflower County Colored Baptist Ass'n v. Trustees of Indianola Municipal Separate School Dist.*, 369 F.2d 795 (5th Cir. 795); *State of N.C. v. Alston*, 227 F.Supp. 887 (DC N.C. 1964).

Therefore as Winterrowd has and is being discriminated because of his citizen status, is being denied and discriminated against to have a Trial by Jury of his peers, is being denied and discriminated against to have Due Process of Law and being denied and discriminated against to have a lawful and legal judge in the several States with a Oath of Office as a judicial Officer of the several States, this case should be remanded to the District Court of the United States.

My Hand

*Ralph Kermit Winterrowd 2nd*