**Affidavit of Ralph Kermit Winterrowd 2nd**

STATE OF ALASKA )
) ss.
THE UNITED STATES OF AMERICA )

**RECEIVED**

APR 2 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

I, Ralph Kermit Winterrowd 2nd do swear (or affirm) that the preceding facts and the facts in this Affidavit are true and correct under the penalties of perjury.

1. My true name is Ralph Kermit Winterrowd 2nd.

2. I am of the age of majority and competent to testify to facts contained here.

3. All of the Attachments are public documents and have not been modified by Winterrowd, and are self-authenticating pursuant to the Rules of Evidence.

4. Ralph Kermit Winterrowd 2nd is an American citizen, citizen of the United States of America, Natural Born Native and citizen of the foreign state of Kansas domiciled in the territorial boundaries of Alaska.

5. Winterrowd is not a citizen of the United States as used by Congress in 5 U.S.C. § 552a and having attached to same a Social Security Number waiving his constitutionally secured rights as found 42 U.S.C. § 405(g) & (h).

My Hand, *[signature: Ralph Kermit Winterrowd]*

The following party who identified himself to me as Ralph Kermit Winterrowd 2nd appeared before me and attested that he had read and to the veracity of said Motion.

Sworn and subscribed before me, a Notary Public on __April 24, 2006__

My Commission expires on __10 - 07__

*[Notary seal: DEANNA PETERSON, NOTARY PUBLIC, STATE OF ALASKA]*

_____
Signature of Notary Public

**Certification**

Motion for Reconsideration of Remand        Page 6 of 7

I certify that this Motion for Reconsideration of Remand and the five Attachments were personally served to the following parties or mailed first class to the following addresses, to wit:

Chickaloon Village
Glen Highway Mile 55.5
P.O. Box 1105
Chickaloon, Alaska 99674-1105
907-745-0707

State of Alaska
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
907-269-5100

Alaska Court System
435 South Denali
Palmer, AK 99645-6437
Clerk of Court
907-746-8109

Attachment 1 – Copy of 1 Stat 23
Attachment 2 – Copy of Heath's Oath of Office
Attachment 3 – Copy of 8 U.S.C. § 1449
Attachment 4 – Copy of 1 Stat 477
Attachment 5 – Copy of ©AS 09.20.010

Date  April 24, 2006
Signature  Ralph Kurt Walker