RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## OATH OF OFFICE

I, GREG HEATH, do solemnly swear or affirm that I will support and defend the Constitution of the United States of America and the Constitution of the State of Alaska and that I will faithfully discharge my duties as a judicial officer for the State of Alaska to the best of my abilities.

_____
Greg Heath

SWORN AND SUBSCRIBED before me in Palmer ~~Anchorage~~, Alaska on the 22 day of Dec, 2003.

(seal)

_____
Superior Court Judge

I certify that this is a true, full copy of an original document on file in the Alaska Court System Human Resources Department.
Dated Feb. 15, 2005 at Anchorage, AK
Christy C. Carmody
Human Resources

Attachment 2
Pg 1 of 1