Westlaw.

RECEIVED
APR 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

8 U.S.C.A. § 1449

▷

**Effective: [See Text Amendments]**

United States Code Annotated Currentness
  Title 8. Aliens and Nationality (Refs & Annos)
    Chapter 12. Immigration and Nationality
      Subchapter III. Nationality and Naturalization
        Part II. Nationality through Naturalization

→ **§ 1449. Certificate of naturalization; contents**

A person admitted to citizenship in conformity with the provisions of this subchapter shall be entitled upon such admission to receive from the Attorney General a certificate of naturalization, which shall contain substantially the following information: Number of application for naturalization; number of certificate of naturalization; date of naturalization; name, signature, place of residence, autographed photograph, and personal description of the naturalized person, including age, sex, marital status, and country of former nationality; location of the district office of the Service in which the application was filed and the title, authority, and location of the official or court administering the oath of allegiance; statement that the Attorney General, having found that the applicant had complied in all respects with all of the applicable provisions of the naturalization laws of the United States, and was entitled to be admitted a citizen of the United States of America, thereupon ordered that the applicant be admitted as a citizen of the United States of America; attestation of an immigration officer; and the seal of the Department of Justice.

CREDIT(S)

(June 27, 1952, c. 477, Title III, ch. 2, § 338, 66 Stat. 259; Nov. 29, 1990, Pub.L. 101-649, Title IV, § 407(c)(19), (d)(16), 104 Stat. 5041, 5045; Dec. 12, 1991, Pub.L. 102-232, Title III, § 305(j), 105 Stat. 1750; Oct. 25, 1994, Pub.L. 103-416, Title I, § 104(a), Title II, § 219(z)(3), 108 Stat. 4308, 4318.)

HISTORICAL AND STATUTORY NOTES

Revision Notes and Legislative Reports

1952 Acts. House Report No. 1365 and Conference Report No. 2096, see 1952 U.S. Code Cong. and Adm. News, p. 1653.

1990 Acts. House Report No. 101-723(Parts I and II), House Conference Report No. 101-955, and Statement by President, see 1990 U.S. Code Cong. and Adm. News, p. 6710.

1991 Acts. House Report Nos. 102-287, 102-380, and 102-383, see 1991 U.S. Code Cong. and Adm. News, p. 1362.

1994 Acts. House Report No. 103-387, see 1994 U.S. Code Cong. and Adm. News, p. 3516.

Amendments

1994 Amendments. Pub.L. 103-416, § 104(a), struck out provision relating to applicant's intention to reside permanently in the United States except in cases of former citizens.

1991 Amendments. Pub.L. 102-232, § 305(j)(2), substituted "district" for "District".

*Attachment 3
pg 1 of 2*

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

8 U.S.C.A. § 1449

1990 Amendments. Pub.L. 101-649, § 407(c), substituted references to applicant and application for references to petitioner and petition wherever appearing.

Pub.L. 101-649, § 407(d)(15)(E), (16), substituted "admitted to citizenship" for "admitted to citizenship by a naturalization court", "location of the District office of the Service in which the application was filed and the title, authority, and location of the official or court administering the oath of allegiance" for "title, venue, and location of the naturalization court", "the Attorney General" for "the court", and "of an immigration officer; and the seal of the Department of Justice" for "of the clerk of the naturalization court; and seal of the court".

Effective and Applicability Provisions

1994 Acts. Section 104(e) of Pub.L. 103-416 provided that: "The amendment made by subsection (a) [amending this section] shall apply to persons admitted to citizenship on or after the date of enactment of this Act [Oct. 25, 1994]."

Section 219(z) of Pub.L. 103-416 provided in part that the amendment to this section by section 219(z)(3) of Pub.L. 103-416 is effective as if included in the amendment to this section by section 305(j) of Pub.L. 102-232. See Effective and Applicability Provisions note of 1991 Acts set out under this section.

1991 Acts. Amendments by sections 302 through 308 of Pub.L. 102-232, except as otherwise specifically provided, effective as if included in the enactment of Pub.L. 101-649, see section 310(1) of Pub.L. 102-232, set out as a note under section 1101 of this title.

1990 Acts. Amendment by Title IV of Pub.L. 101-649 effective Nov. 29, 1990, with general savings provisions, see section 408(a)(3) and (d) of Pub.L. 101-649, set out as a note under section 1421 of this title.

Abolition of Immigration and Naturalization Service and Transfer of Functions

For abolition of Immigration and Naturalization Service, transfer of functions, and treatment of related references, see note set out under 8 U.S.C.A. § 1551.

Repeals

Pub.L. 102-232, Title III, § 305(j)(1), Dec. 12, 1991, 105 Stat. 1750, set out in the credit to this section, which had amended section 407(d)(16)(C) of Pub.L. 101-649 (which amended this section) by striking out the comma after "venue", a technical correction which had required no change in text, was repealed by Pub.L. 103-416, Title II, § 219(z)(3), Oct. 25, 1994, 108 Stat. 4318, and section 407(d)(16)(C) of Pub.L. 101-649 to read as if section 305(j)(1) of Pub.L. 102-232 had never been enacted.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Attachment 3
Pg 2 of 2