RECEIVED
APR 2 8 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Ralph Kermit Winterrowd 2nd
c/o P.O. Box 877109
Wasilla, Alaska [99687]
357-8003 H, 357-8007 Fax

# The United States of America

# The United States

# District Court of the United States

# District of Alaska

**Ralph Kermit Winterrowd 2nd**
*Plaintiff*

v.

**Chickaloon Village, and;**

**STATE OF ALASKA**
*Defendants*

Case 3-06-CV-00035

Ninth Circuit Case _____

NOTICE OF APPEAL

of

REMOVAL FROM STATE COURT TO A COURT OF THE UNITED STATES
(28 U.S.C. § 1446)
arising under Article III of all Cases in Law and Equity under the Authority of the United States and
exercising the judicial Power of the United States

And

Motion for Jointer of Interested Party (Rule 19), being the Chickaloon Village

---

Notice of Appeal to the United States for the 9th Circuit from the District Court of the United States in the District of Alaska.   Page 1 of 3

pd Receipt #00128134   4/28/06   PS

  ***Comes Now***, "Ralph Kermit Winterrowd 2nd", without Assistance of Counsel, domiciled in the territorial boundaries of Alaska and files this Notice of Appeal to the United States for the 9th Circuit from the District Court of the United States in the District of Alaska.

  The Circuit Court of the United States for the 9th Circuit has jurisdiction of this instant Case and appeal arising under Article III of the Constitution of the United States in Law and Equity of the class of Cases exercising the judicial Power of the United States under the authority of the United States.

  The man, Ralph Kermit Winterrowd 2nd, is a citizen of the United States of America, American citizen, and Natural Born Native and citizen of the foreign state of Kansas domiciled in the territorial boundaries of Alaska and therefore has *standing* in the courts of the United States arising under Article III of the Constitution of the United States in Law and Equity of the class of Cases and controversies under the authority of the United States exercising the judicial Power of the United States.

                My Hand,

                */s/ Ralph Kermit Winterrowd*

**Certification**

I certify that this Notice of Appeal to the 9th Circuit was mailed first class certified delivery to the following parties via USPS first class mail, to wit:

State of Alaska
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, Alaska 99501-1994
907-269-5100

Date 4/28/06         _____
                     Signature

---

**Notice of Appeal to the United States for the 9th Circuit from the District Court of the United States in the District of Alaska.**                                            Page 3 of 3