FILED

UNITED STATES COURT OF APPEALS

JUL 21 2006

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| RALPH KERMIT WINTERROWD, 2nd, | No. 06-35389 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-06-00035-TMB |
| v. | District of Alaska, Anchorage |
| STATE OF ALASKA, | |
| Defendant - Appellee. | ORDER |

RECEIVED
AUG 2 1 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not reviewable. *See* 28 U.S.C. § 1447(d); *Kunzi v. Pan American World Airways, Inc.*, 833 F.2d 1291 (9th Cir. 1987) (order remanding for lack of jurisdiction is not reviewable). Consequently, this appeal is dismissed for lack of jurisdiction.

DISMISSED.

PROSE