UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
AUG 21 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| RALPH KERMIT WINTERROWD, 2ND,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF ALASKA,<br><br>Defendant - Appellee. | No. 06-35389<br>D.C. No. CV-06-00035-TMB<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

On consideration whereof, it is now here ordered and adjudged by this Court, that the appeal in this cause be, and hereby is **DISMISSED for lack of jurisdiction**.

Filed and entered Friday, July 21, 2006

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 1 4 2006

by
Deputy Clerk